**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Juannae Inman | Social Security number or ITIN   xxx–xx–0197 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–28788–JNP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Juannae Inman
aka Juanne Gunter

11/5/21                              **By the court:** Jerrold N. Poslusny Jr.
                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-28788-JNP |
| Juannae Inman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juannae Inman, 225 Vista Court, Sicklerville, NJ 08081-2908 |
| 516424720 | + | Advocare, PO Box 3001, Voorhees, NJ 08043-0598 |
| 519258364 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517717682 | + | Bayview Loan Servicing, LLC, Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516424723 | + | Camden County Special Civil Part, 101 South Fifth Street, Camden, NJ 08103-4099 |
| 516424726 | + | Chase, PO Box 7090, Mesa, AZ 85216-7090 |
| 516424728 | | Children's Place, PO Box 689182, Des Moines, IA 50368 |
| 516424730 | + | Federal Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 516424731 | + | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 516424735 | + | PNC National Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4747 |
| 516424737 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516424740 | + | The Bureaus, Inc., 1717 Central, Evanston, IL 60201-1507 |
| 519330022 | | U.S. Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519330023 | + | U.S. Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609, U.S. Bank Trust National Association Bankruptcy Department 75381-4609 |
| 519017199 | | U.S. Bank Trust National Association, as Trustee f, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 519017200 | + | U.S. Bank Trust National Association, as Trustee f, Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 U.S. Bank Trust National Association, as 75381-460 |
| 516424742 | + | Washington Township Ambulance Assoc, PO Box 29013, Newark, NJ 07101-9013 |
| 517381277 | | Wells Fargo Bank, NA, Default Document Processing, N9286-01Y Blue Gentian Road, Eagan, MN 55121-7700 |
| 518514270 | | Wilmington Savings Fund Society, FSB d/b/a Christi, PO Box 814609, Dallas, TX 75381-4609 |
| 518514271 | | Wilmington Savings Fund Society, FSB d/b/a Christi, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society, FSB d/b, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC BANK, N.A., 3232 NEWMARK DRIVE, ATTN: BANKRUPTCY, MIAMISBURG, OH 45342 |
| 516536125 | | EDI: GMACFS.COM | Nov 06 2021 00:13:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516424721 | + | EDI: GMACFS.COM | Nov 06 2021 00:13:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 516424722 | + | EDI: TSYS2.COM | Nov 06 2021 00:13:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 516610085 | + | EDI: LCIBAYLN | | |

Case 16-28788-JNP    Doc 84    Filed 11/07/21    Entered 11/07/21 23:18:00    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | Nov 06 2021 00:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 516633957 | + EDI: LCIBAYLN | Nov 06 2021 00:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 516633958 | + EDI: LCIBAYLN | Nov 06 2021 00:13:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 516424724 | + EDI: CAPITALONE.COM | Nov 06 2021 00:13:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516533482 | EDI: BL-BECKET.COM | Nov 06 2021 00:13:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516424729 | EDI: DIRECTV.COM | Nov 06 2021 00:13:00 | Directv, PO Box 11732, Newark, NJ 07101 |
| 516594993 | EDI: DIRECTV.COM | Nov 06 2021 00:13:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 516643934 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 05 2021 20:35:11 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 516424725 | EDI: JPMORGANCHASE | Nov 06 2021 00:13:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 516424727 | EDI: JPMORGANCHASE | Nov 06 2021 00:13:00 | Chase Best Buy, PO Box 15298, Wilmington, DE 19850 |
| 516424732 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2021 20:23:00 | Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516555391 | + EDI: MID8.COM | Nov 06 2021 00:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516424733 | + EDI: MID8.COM | Nov 06 2021 00:13:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 516424734 | + EDI: MID8.COM | Nov 06 2021 00:13:00 | Midland Funding, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 516424736 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 516606729 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o Avenue, POB 41067, Norfolk VA 23541 |
| 516606733 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o Home Shopping Network, POB 41067, Norfolk VA 23541 |
| 516606707 | EDI: PRA.COM | Nov 06 2021 00:13:00 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 516424737 | Email/Text: signed.order@pfwattorneys.com | Nov 05 2021 20:23:00 | Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516424738 | + EDI: RMSC.COM | Nov 06 2021 00:13:00 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 516424739 | + EDI: RMSC.COM | Nov 06 2021 00:13:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 516427427 | EDI: RMSC.COM | Nov 06 2021 00:13:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516442673 | + Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 05 2021 20:35:11 | U.S. Dept of Housing and Urban Development, 451 7th Street, S.W., Washington, DC 20410-0002 |
| 516424741 | + EDI: VERIZONCOMB.COM | Nov 06 2021 00:13:00 | Verizon NJ, 500 Technology Drive, Weldon, MO 63304-2225 |

| 516424743 | + EDI: WFFC.COM | | Nov 06 2021 00:13:00 | WF Card Service, PO Box 14517, Des Moines, IA 50306-3517 |
|---|---|---|---|---|
| 516597349 | EDI: WFFC.COM | | Nov 06 2021 00:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516424744 | + EDI: WFNNB.COM | | Nov 06 2021 00:13:00 | World Financial Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor Bayview Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Brian S. Thomas | on behalf of Debtor Juannae Inman brian@brianthomaslaw.com |
| Celine P. Derkrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com |
| Frank J. Martone | on behalf of Creditor PNC BANK  N.A. bky@martonelaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Melissa N. Licker | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI CGS Mortgage Loan Trust I mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor Bayview Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 05, 2021 | Form ID: 3180W | Total Noticed: 52 |

Mina M Beshara
    on behalf of Creditor Bayview Loan Servicing LLC mbeshara@hinshawlaw.com

Phillip Andrew Raymond
    on behalf of Creditor Wilmington Savings Fund Society FSB phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company rsolarz@kmllawgroup.com

TOTAL: 13